## Richmond

LARRY DADE

v.

COMMONWEALTH OF VIRGINIA

October 15, 1982.

Record No. 811791.

Present: Carrico, C.J., Cochran, Poff, Compton, Stephenson and Russell, JJ.

*Robert S. Letnick* for appellant.
*Alan Katz, Assistant Attorney General (Gerald L. Baliles, Attorney General,* on brief), for appellee.

*Affirmed.*